1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 301
   Sacramento, California 95814
3  (916) 447-1192 office
   ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>FERNANDA AYALA ZAMORA | Case Number:  20-CR-25 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANT FERNANDA AYALA ZAMORA'S RELEASE CONDITIONS** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, AUSA James Conolly and  Counsel for Defendant Fernanda Ayala Zamora Olaf Hedberg  that the Court's previously issued Special Condition of Release no. 7 (Requirement to Seek or Maintain Gainful Employment imposed by Hon. Carolyn Delaney on January 21, 2020-PACER no. 18) be deleted.

   Defense counsel Olaf Hedberg has been contacted by Defendant Ayala-Zamora and informed that her wages are roughly the equivalent of her child care costs, so that she is working solely to pay a third party child care provider to watch her child while she works. She further

indicated that because she resides with other individuals who pay household and food expenses she will be supported while she is able to stay home and care for her child.

Both parties have spoken with Pretrial Services Officer Beth Wettland who has indicated that she has no objection to the removal of Special Condition number 7 from Defendant's Special Conditions of Release.

. .

IT IS SO STIPULATED

Dated: <u>April 23, 2021</u>

Respectfully submitted

| /s/ Olaf W. Hedberg | /s/James Conolly |
|---|---|
| Olaf W. Hedberg | James Conolly |
| Attorney for Fernanda Jasmin Ayala Zamora | Assistant United States Attorney |

### ORDER

Defendant Fernanda Ayala Zamora's Special Conditions of Release number 7 in case 20-CR-25 WBS, issued by the Hon. Carolyn Delaney on 1/21/20 (PACER # 18) be deleted.

IT IS SO ORDERED.

Dated: April 26, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE