The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>FERNANDA AYALA ZAMORA<br>LUIS HERNANDEZ-GUZMAN | Case Number:  20-CR-25 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR TRAVEL** |

   Plaintiff United States of America, by and through its counsel of record, and the Defendant Fernanda Ayala Zamora, by and through each counsel of record, hereby stipulate as follows:

  1. Defendant Fernanda Ayala Zamora (hereafter "Defendant") has requested permission to travel to Mexico to visit her father Jose Fernando Zamora from December 23, 2022 to January 16, 2023;

  2. I have communicated this request to her Pretrial Services Officer Beth Wetteland, and Assistant United States Attorney James Conolly. United States Attorney James Conolly has stated that he has no objection to this request based on Defendant's performance on pretrial release. Pretrial Services Officer Beth Wetteland has stated she will defer to the Court regarding

Defendant's travel request to Mexico. However, Pretrial Services notes that the defendant has remained in compliance with her conditions of release;

    3.    The parties agree and stipulate:

    a.    United States Attorney James Conolly has stated that he has no objection to this request based on Defendant's performance on pretrial release. Pretrial Services Officer Beth Wetteland has stated she will defer to the Court regarding Defendant's travel request to Mexico.. However, Pretrial Services notes that the defendant has remained in compliance with her conditions of release;

    b.    That Defendant supply to Pretrial Services her itinerary, address of destination and the telephone number of her father at least five days before departure;

    c.    Defendant's attorney shall get her passport from the clerk's office and provide it to Defendant before the commencement of travel. The passport shall be returned to Defendant's attorney no more than three days after her return to be returned to the clerk's office;

IT IS SO STIPULATED

Dated: <u>December 14, 2022</u>

Respectfully submitted

<u>/s/ Olaf W. Hedberg</u>                                      <u>/s/James Conolly</u>
Olaf W. Hedberg                                               James Conolly
Attorney for Fernanda Jasmin Ayala Zamora      Assistant United States Attorney

## ORDER

HAVING CONSIDERED THE FOREGOING it is hereby ordered that Defendant Fernanda Ayala Zamora be permitted to travel to visit her father Jose Fernando Zamora in Mexico on/between the dates December 23, 2023 and January 16, 2023. Further, that her attorney Olaf Hedberg may obtain her passport from the clerk's office and give it to her prior to travel, and that she will return the passport to Attorney Hedberg within three days of her return so that Attorney Hedberg may return said passport to the clerk's office. Fernanda Ayala Zamora must provide her itinerary and phone numbers of her place of destination prior to departure.

IT IS SO ORDERED.

Dated: December 19, 2022

_____
Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE