The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V

Fernanda Ayala Zamora

Case Number:  2:20-cr-00025-DJC-2

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND SET STATUS OF SENTENCING HEARING**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney James Conolly, and Defendant, Fernanda Ayala Zamora, by and through her attorney of record, Olaf Hedberg, hereby convert the judgment and sentencing hearing currently scheduled for July 17, 2025 at 9 am to an October 30, 2025 at 9:00 am date for a Status of Sentencing hearing based on the following:

1. By previous order, the judgment and sentencing hearing was set for July 17, 2025.

2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Miranda Lewis and she agrees with this request.

3. The parties and Officer Lewis concur that a Schedule of Disclosure will be determined at the Status of Sentencing on October 30, 2025.

IT IS SO STIPULATED

Respectfully submitted

/s/ Olaf W. Hedberg                                         /s/   James Conolly
Olaf W. Hedberg                                              James Conolly
Attorney for Fernanda Ayala Zamora          Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the July 17, 2025 sentencing hearing be taken off calendar and changed to a Status of Sentencing date, and that Status of Sentencing be set for October 30, 2025.

IT IS SO ORDERED.

Dated:  June 9, 2025                              /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE