The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

v.

FERNANDA JASMIN AYALA ZAMORA

Case Number:  2:20-cr-00025-DJC-2

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND SET STATUS OF SENTENCING HEARING**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney James Conolly, and Defendant, Fernanda Ayala Zamora, by and through her attorney of record, Olaf Hedberg, hereby convert the judgment and sentencing hearing currently scheduled for March 26, 2026 at 9 am to an May 7, 2026 at 9:00 am date for a Status of Sentencing hearing based on the following:

1. By previous order, the judgment and sentencing hearing was set for March 26, 2026.

2. By this stipulation, the parties now move to continue the status for sentencing to March 26, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel and government counsel are at present coordinating a meeting for the purposes of discussing the defendant's eligibility for relief under U.S.S.G. § 5C1.2, and,

1

if she is so eligible, the satisfaction of the fifth prong of § 5C1.2(a)(5), before the sentencing occurs.

b) Defense counsel is also investigating other potentially mitigating evidence for sentencing and requires further time to complete this investigation.

4. The parties believe that a continuance to May 7, 2026, will allow sufficient time for them to meet and confer on these issues and from there set a sentencing date.

5. The defendant entered a plea of guilty on March 27, 2025. ECF No. 119. There is therefore no need to calculate time under the Speedy Trial Act.

IT IS SO STIPULATED

Respectfully submitted

Dated: March 19, 2026                                        Dated: March 19, 2026


/s/ Olaf W. Hedberg                                         /s/   James Conolly
Olaf W. Hedberg                                             James Conolly
Attorney for Fernanda Ayala Zamora          Assistant United States Attorney

## **ORDER**

IT IS SO FOUND AND ORDERED this 20th day of March, 2026. The status of sentencing hearing in this matter is hereby vacated and reset for May 7, 2026, at 9:00 a.m.

IT IS SO ORDERED.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2