ERIC GRANT
United States Attorney
JAMES CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>FERNANDA AYALA-ZAMORA,<br><br>      Defendant. | CASE NO.  2:20-CR-0025-DJC-2<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS OF SENTENCING; ORDER<br><br>DATE: May 7, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Fernanda Ayala-Zamora, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, the Court set this matter for a status of sentencing hearing on May 7, 2026.  ECF No. 138.

2. By this stipulation, the parties now move to continue the status for sentencing to June 18, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel and government counsel are at present coordinating a meeting for the purposes of discussing the defendant's eligibility for relief under U.S.S.G. § 5C1.2, and, if she is so eligible, the satisfaction of the fifth prong of § 5C1.2(a)(5), before the sentencing occurs.

b) Defense counsel is also investigating other potentially mitigating evidence for

STIPULATION RE: CONTINUANCE OF JUDGMENT
& SENTENCING; ORDER

1

sentencing and requires further time to complete that investigation.

4.    The parties believe that a continuance to June 18, 2026, will allow sufficient time for them to meet and confer on these issues, and from there set a sentencing date.

5.    The defendant entered a plea of guilty on March 27, 2025.  ECF No. 119.  There is therefore no need to calculate time under the Speedy Trial Act.


IT IS SO STIPULATED

Dated:  May 4, 2026                                                ERIC GRANT
                                                                            United States Attorney

                                                                            /s/ JAMES CONOLLY
                                                                            JAMES CONOLLY
                                                                            Assistant United States Attorney

Dated:  May 4, 2026                                                /s/ OLAF HEDBERG
                                                                            OLAF HEDBERG
                                                                            Counsel for Defendant
                                                                            FERNANDA AYALA-ZAMORA


## ORDER

IT IS SO FOUND AND ORDERED this 4th day of May 2026.  The status of sentencing hearing in this matter is hereby vacated and reset for June 25, 2026, at 9:00 a.m.


                                                                            /s/ Daniel J. Calabretta
                                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                                            UNITED STATES DISTRICT JUDGE

STIPULATION RE: CONTINUANCE OF JUDGMENT
& SENTENCING; ORDER

2