The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                          Plaintiff,

          v.

FERNANDA AYALA-ZAMORA,

                          Defendant.

CASE NO.  2:20-CR-00025-DJC-2

STIPULATION REGARDING CONTINUANCE OF STATUS OF SENTENCING; ORDER

DATE: June 25, 2026
TIME: 9:00 a.m.
COURT: Hon. Daniel J. Calabretta

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Fernanda Ayala-Zamora, by and through her counsel of record, hereby stipulate as follows:

1.    By previous order, the Court set this matter for a status of sentencing hearing on June 25, 2026.  ECF No. 146.

2.    By this stipulation, the parties now move to continue the status for sentencing to March 26, 2026.

3.    The parties agree and stipulate, and request that the Court find the following:

        a)    Defense counsel and government counsel are at present coordinating a meeting for the purposes of discussing the defendant's eligibility for relief under U.S.S.G. § 5C1.2, and, if she is so eligible, the satisfaction of the fifth prong of § 5C1.2(a)(5), before the sentencing occurs.

        b)    Defense counsel is also investigating other potentially mitigating evidence for sentencing and requires further time to complete that investigation.

4.    The parties believe that a continuance to August 27, 2026, will allow sufficient time for

STIPULATION RE: CONTINUANCE OF JUDGMENT
& SENTENCING; ORDER

1

them to meet and confer on these issues, and from there set a sentencing date.

5.    The defendant entered a plea of guilty on March 27, 2025.  ECF No. 119.  There is therefore no need to calculate time under the Speedy Trial Act.


IT IS SO STIPULATED

Dated:  June 15, 2026                           ERIC GRANT
                                                United States Attorney

                                                /s/ JAMES R. CONOLLY
                                                JAMES R. CONOLLY
                                                Assistant United States Attorney

Dated:  June 15, 2026                           /s/ OLAF HEDBERG
                                                OLAF HEDBERG
                                                Counsel for Defendant
                                                FERNANDA AYALA-ZAMORA


## ORDER

IT IS SO FOUND AND ORDERED this 15th day of June, 2026.  The status of sentencing hearing in this matter is hereby vacated and reset for August 27, 2026, at 9:00 a.m.


                                                /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE