The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FERNANDA AYALA-ZAMORA,<br>Defendant. | CASE NO. 2:20-CR-00025-DJC-2<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS OF SENTENCING; ORDER<br><br>DATE: August 27, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Fernanda Ayala-Zamora, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, the Court set this matter for a status of sentencing hearing on August 27, 2026. .

2. By this stipulation, the parties now move to continue the status for sentencing to October 15, 2026, at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel and government counsel are at present coordinating a meeting for the purposes of discussing the defendant's eligibility for relief under U.S.S.G. § 5C1.2, and, if she is so eligible, the satisfaction of the fifth prong of § 5C1.2(a)(5), before the sentencing occurs.

b) Defense counsel is also investigating other potentially mitigating evidence for sentencing and requires further time to complete that investigation.

4. The parties believe that a continuance to October 15, 2026, will allow sufficient time for

them to meet and confer on these issues, and from there set a sentencing date.

5. The defendant entered a plea of guilty on March 27, 2025. ECF No. 119. There is therefore no need to calculate time under the Speedy Trial Act.

IT IS SO STIPULATED

Dated: August 24, 2026

ERIC GRANT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: August 24, 2026

/s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
FERNANDA AYALA-ZAMORA

**ORDER**

IT IS SO FOUND AND ORDERED this 24th day of August, 2026. The status of sentencing hearing in this matter is hereby vacated and reset for October 15, 2026, at 9:00 a.m.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE